UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────── x
United States of America,

                        Plaintiff,

    -against-

                                                          Case No. 7:90-cr-781

Brian K. King

                        Defendant.

──────────────────────────────────── x

## ORDER

This case is administratively closed. The Clerk of Court is directed to terminate this case on the Court's docket.

Dated: August 26, 2022
Poughkeepsie, New York

SO ORDERED.

_____
Hon. Martin R. Goldberg
United States Magistrate Judge